RECEIVED
IN LAKE CHARLES, LA.

OCT - 1 2014

TONY R. MOORE, CLERK
BY_____
              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BETTY W. THOMPSON, | * | CIVIL ACTION NO. 2:12-cv-1758 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| STATE FARM FIRE & CASUALTY COMPANY, | * | |
| Defendant. | * | MAGISTRATE JUDGE KAY |

*****************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 16] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the above captioned matter hereby be and is **DISMISSED, WITH PREJUDICE,** for failure to prosecute.

Lake Charles, Louisiana, this 1 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE